# In The United States Court of Federal Claims

No. 12-00047C

(Filed: January 24, 2012)

_____

INTERNATIONAL GENOMICS
CONSORTIUM

                              Plaintiff,

                           v.

THE UNITED STATES,

                              Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Thursday, January 26, 2012, at 4:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED.**


                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge