# In The United States Court of Federal Claims

No. 12-00047C

(Filed:  January 26, 2012)

_____

INTERNATIONAL GENOMICS
CONSORTIUM

                Plaintiff,

        v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On January 26, 2012, a telephonic status conference was held in this case.  Participating in the conference were Brett William Johnson, for plaintiff, and Tara Hogan, for defendant.  Pursuant to discussions during the conference, the court adopts the following schedule:

1. On or before January 30, 2012, the parties shall file a joint motion for protective order;

2. On or before February 10, 2012, defendant shall file the administrative record on CD-ROM, and shall effectuate overnight service to plaintiff;

3. On or before February 29, 2012, plaintiff shall file its motion for judgment on the administrative record;

4. On or before March 16, 2012, defendant shall file its cross-motion for judgment on the administrative record and response to plaintiff's motion;

5. On or before March 30, 2012, plaintiff shall file its reply to its motion and response to defendant's cross motion;

6. On or before April 13, 2012, defendant shall file its reply in support of its cross-motion; and

7. Oral argument on these motions for judgment on the administrative record will be held on April 20, 2012, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument;

8. Plaintiff's application for temporary restraining order and motion for preliminary injunction are **DENIED**, as moot;

9. Defendant's requirement to file an answer to plaintiff's complaint is hereby waived.

**IT IS SO ORDERED.**


s/ Francis M. Allegra
Francis M. Allegra
Judge