# In The United States Court of Federal Claims

No. 12-47C

(Filed: February 17, 2012)

_____

INTERNATIONAL GENOMICS
CONSORTIUM,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On February 16, 2012, plaintiff filed a motion for leave to conduct limited discovery, to compel disclosure, and to supplement the administrative record. On or before February 22, 2012, defendant and defendant-intervenor shall file their responses to the motion.

    **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge