# In The United States Court of Federal Claims

No. 12-47C

(Filed: February 21, 2012)

_____

INTERNATIONAL GENOMICS
CONSORTIUM,

                Plaintiff,

           v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On February 20, 2012, plaintiff filed a motion for limited relief from the court's January 31, 2012, protective order. On or before February 23, 2012, defendant shall file its response to this motion.

**IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge