# In The United States Court of Federal Claims

No. 12-47C

(Filed:  February 21, 2012)
_____

INTERNATIONAL GENOMICS
CONSORTIUM,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

_____

**ORDER**
_____

On February 20, 2012, plaintiff filed a motion for limited relief from the court's January 31, 2012, protective order.  On or before February 23, 2012, defendant shall file its response to this motion.

**IT IS SO ORDERED.**


s/ Francis M. Allegra_____
Francis M. Allegra
Judge