# In The United States Court of Federal Claims

No. 12-00047C

(Filed:  February 27, 2012)
_____

INTERNATIONAL GENOMICS
CONSORTIUM

                       Plaintiff,

      v.

THE UNITED STATES,

                       Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Tuesday, February 28, 2012, at 12:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                   s/ Francis M. Allegra
                                   Francis M. Allegra
                                   Judge