# In The United States Court of Federal Claims

No. 12-00047C

(Filed:  February 28, 2012)

_____

INTERNATIONAL GENOMICS
CONSORTIUM

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On February 16, 2012, plaintiff filed a motion to supplement the administrative record. The motion is hereby **GRANTED**, in part.  The administrative record shall be supplemented with the declaration of Dr. Joseph Vockley.

**IT IS SO ORDERED.**

                                                   s/ Francis M. Allegra
                                                   Francis M. Allegra
                                                   Judge