# In The United States Court of Federal Claims

No. 12-00047C

(Filed: February 28, 2012)

_____

INTERNATIONAL GENOMICS
CONSORTIUM

                            Plaintiff,

                          v.

THE UNITED STATES,

                            Defendant.

_____

**ORDER**

_____

        Today, a telephonic status conference was held in this case.  Participating in the conference were Brett William Johnson, for plaintiff, and Tara Hogan, for defendant.  Pursuant to discussions during the conference, the court adopts the following amended schedule:

1.     On or before March 2, 2012, defendant shall file its motion to supplement the administrative record;

2.     On or before March 9, 2012, plaintiff shall file its motion for judgment on the administrative record;

3.     On or before March 23, 2012, defendant shall file its cross-motion for judgment on the administrative record and response to plaintiff's motion;

4.     On or before April 5, 2012, plaintiff shall file its reply to its motion and response to defendant's cross motion;

5.     On or before April 13, 2012, defendant shall file its reply in support of its cross-motion; and

6.       Oral argument on these motions for judgment on the administrative record will be held on April 20, 2012, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge