# In The United States Court of Federal Claims

No. 12-00047C

(Filed: March 2, 2012)

_____

INTERNATIONAL GENOMICS
CONSORTIUM,

                              Plaintiff,

                          v.

THE UNITED STATES,

                              Defendant.

_____

**ORDER**

_____

On February 20, 2012, plaintiff filed a motion for limited relief from the court's protective order. On February 23, 2012, defendant filed its response, indicating that it did not object to plaintiff's counsel sharing certain specific portions of the administrative record with its client, but that it objected to the motion as to the rest of the administrative record. Plaintiff's motion is hereby **GRANTED**, in part, and **DENIED**, in part. Plaintiff must adhere to the protective order but is relieved from the order for the following portions of the administrative record to which there is no objection:

1.    AR tabs 1-3;

2.    AR tab 11; and

3.    AR tabs 20-23.

**IT IS SO ORDERED.**

                                                           s/ Francis M. Allegra
                                                           Francis M. Allegra
                                                           Judge